
(http://koogle.tv/news/k-pop/)


(http://koogle.tv/news/tv-movie/)


(http://koogle.tv/news/business/)


(http://koogle.tv/news/world/)


(http://koogle.tv/news/sports/)


(http://koogle.tv/culture/k-american/)


(http://koogle.tv/news/style/)

(http://koogle.tv/news/science-tech-health/)

Koogle (/) / CULTURE (/culture/) / K-AMERICAN (/culture/k-american/) /
Major Underground Drug and Prostitution Ring Arrested in Koreatown, New York

# MAJOR UNDERGROUND DRUG AND PROSTITUTION RING ARRESTED IN KOREATOWN, NEW YORK

**D-Bo**, Feb. 3, 2014, 3:23 p.m.

There has been a major arrest in New York's Koreatown this past Thursday. Police raided and successfully arrested a total of 18 people, ranging from suspected pimps to prostitutes, and even drug dealers. Out of the 18 arrested, 16 happen to be Korean.

BROWSE

SIGN IN (/ACCOUNTS/LOGIN/) / JOIN (/ACCOUNT/SIGNUP/)

 (https://www.facebook.com/koogle.tv)   (https://twitter.com/KoogleTV)

(https://www.youtube.com/channel/UCB8eTPQdZcuFq7xzwtANaRg)



## LATEST NEWS (/news/)



**[K-POP]**
**"ROLLING STONE" LISTS HYUNA'S RED AS ONE OF …**
(/media/news/rolling-stone-lists-hyunas-red-as-one-of-the-best-mvs-for-2014/)



**[STYLE]**
**G.NA LOOKS GORGEOUS IN STUNNING GOWNS FOR "INSTYLE …**
(/media/news/gna-looks-gorgeous-in-stunning-gowns-for-instyle-weddings/)



**[K-POP]**
**GAON CHART SHOWS EXO, BIG BANG, AND B2ST …**
(/media/news/gaon-chart-



This group of people is accused of running 'party packs', which include a number of prostitutes and drugs sold to clients for a number of events. The group was looking forward to huge profits from this year's Super Bowl, but was not able to make it that far due to the raid.

They also have a store-front business that specializes in cosmetics, wigs, and clothing which they use to launder their profits. The company amounted to over $3 million USD last year in credit card sales alone.



Authorities noticed the group when a text message sent to regular clients read, "New sexy & beautiful girls R in town waiting for u."

< PREV   NEXT >



[K-POP] YG ENTERTAINMENT CELEBRATES PSY'S BIRTHDAY



[K-POP] "2014 BUGS AWARDS" REVEALS TOP SONGS, ARTISTS, AND ...

## HOT PLAYLIST









Major Underground Drug and Prostitution Ring Arrested in Koreatown, New York | Koogle.TV
Case 2:15-cv-00234-WJM-MF   Document 1-16   Filed 01/12/15   Page 3 of 4 PageID: 116
12/30/14 12:55 AM



## Recommended News

 **[BUSINESS] KOREAN CONG...**
The annual salaries of staff in small and medium-sized companies stands at only 60 percent of what workers in major business conglomerates make,
2014-12-19 18:52:08



 **[WORLD] KOREAN HOSTAG...**
Two people and a gunman were killed and several others injured after police stormed a café in central Sydney early Tuesday morning to end a 17-hour hostage drama. The
2014-12-16 18:47:44




(https://www.facebook.com/koogle.tv)

## Recent Videos

 (/media/video/trot-lovers-episode-11/)

 (/media/video/trot-lovers-episode-10/)

 (/media/video/trot-lovers-episode-9/)

 (/media/video/triangle-episode-23/)

(/media/video/youre-all-surrounded-aka-we-have-you-surrounded-episode-19/)

 (/media/video/youre-all-surrounded-aka-we-have-you-surrounded-episode-18/)

 (/media/video/trot-lovers-episode-8/)

 (/media/video/triangle-episode-22/)

 (/media/video/trot-lovers-episode-7/)



| 0 Comments | Koogle TV | | Login |
|---|---|---|---|
| Sort by Best | | Share | Favorite |

Start the discussion…

Be the first to comment.

Subscribe     Add Disqus to your site     Privacy

About Us (/flatpages/about-us)

Terms of Use (/static/modal/terms-of-use.html)

Privacy Policy (/static/modal/privacy-policy.html)

Advertising Info (/forms/advertise-form/)

Contact Us (/forms/contact-form/)